IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v.    ] | Cr. No. 22-mj-261-AJ |
| ] | |
| TIMOTHY RYAN ] | |

## WAIVER OF SPEEDY INDICTMENT

I, Timothy Ryan, defendant in the above-captioned matter, having discussed with my attorney an unopposed motion to extend the deadline for indictment to be filed by the government in October 2023, hereby waive any rights which I may have under the United States Constitution or 18 U.S.C. § 3161 to a speedy indictment, so as to facilitate said motion.

Date: 10/13/2023

_____
Timothy Ryan